IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN T. CARTER, )
)
    Plaintiff, )
v. ) Civil Action No. 3:15CV53–HEH
)
VIRGINIA BEACH CITY JAIL, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on February 10, 2015, the Court conditionally docketed Plaintiff's action. On March 3, 2015, United States Postal Service returned the February 10, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                /s/
                              HENRY E. HUDSON
Date: March 19, 2015        UNITED STATES DISTRICT JUDGE
Richmond, Virginia